UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOHN RAY MELCHER, *et al*, | § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 3:14-CV-288 |
| CITY OF KEMAH, *et al*, | § § § | |
| Defendants. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This Court has reviewed the Report and Recommendation on the Rule 12(b)(6) Amended Motion to Dismiss filed by Defendants Small Business Loan Source, LLC and Wayne Ballenger (Dkt. 114). United States Magistrate Judge signed the Report and Recommendation on March 9, 2016. No objections have been filed. This Court has made a de novo determination of the Motions, and concludes that the Report and Recommendation should be adopted.

Based on the pleadings, the record, and the applicable law, the Court hereby **ADOPTS** the Report and Recommendation as this Court's Memorandum and Order. This Court **GRANTS** the Defendants' Motion to Dismiss (Dkt. 56) and will dismiss the claims in a separate order.

**SIGNED** at Galveston, Texas on March 28, 2016.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE