United States District Court
Southern District of Texas
**ENTERED**
March 28, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOHN RAY MELCHER, *et al*, | § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:14-CV-288 |
| | § | |
| CITY OF KEMAH, *et al*, | § § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This Court has reviewed the Report and Recommendation on the Rule 12(b)(6) Motion to Dismiss filed by Defendants Jason Speights, Todd Worrich and the Speights Law Firm, LLP (Dkt. 117). The United States Magistrate Judge signed the Report and Recommendation on March 9, 2016. No objections have been filed. This Court has made a de novo determination of the Motion, and concludes that the Report and Recommendation should be adopted.

Based on the pleadings, the record, and the applicable law, the Court **ADOPTS** the Report and Recommendation as this Court's Memorandum and Order. The Defendants' Motion to Dismiss (Dkt. 96) hereby is **GRANTED, IN PART** and a separate order dismissing part of the claims will be entered.

**SIGNED** at Galveston, Texas on March 28, 2016.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE