Southern District of Texas
**ENTERED**
July 01, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOHN RAY MELCHER, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:14-CV-288 |
| | § | |
| CITY OF KEMAH, *et al*, | § § | |
| Defendants. | § | |

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

In a Report and Recommendation issued May 18, 2016, Magistrate Judge Froeschner recommended that the remainder of this case be dismissed for want of prosecution. Judge Froeschner set June 9, 2016, as the deadline for filing objections, but none have been filed.

After appropriate review, this Court concurs with Judge Froeschner's findings and recommendation, therefore, the Report and Recommendation (Instrument no. 138) dated May 18, 2016, is **ADOPTED** and the remainder of this action is **DISMISSED for want of prosecution**.

SIGNED at Galveston, Texas, this 30th day of June, 2016.

George C. Hanks Jr.
United States District Judge